USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 4 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

    -v-                        :   **ORDER**

                                  :   19 Cr. 005 (   )

MARK BROCK,                     :
    a/k/a "Rover,"
JERMAINE JOHNSON,               :
    a/k/a "Boogie,"
KHALIL SALAHUDDIN,              :
    a/k/a "Muzzie,"

               Defendants.   :

                                  :
- - - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Andrew K. Chan and Danielle Sassoon;

It is found that the Indictment in the above-captioned action, 19 Cr. 005, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

ORDERED that the Indictment, 19 Cr. 005, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
            January 4, 2019

                                      THE HONORABLE GABRIEL W. GORENSTEIN
                                      UNITED STATES MAGISTRATE JUDGE